HILLYER ET AL., APPELLANTS, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Hillyer v. State Farm Mut. Auto. Ins. Co.* (1999), 87 Ohio St.3d 1222.]

(No. 99–421—Submitted October 12, 1999—Decided November 24, 1999.)

---

*Friedman, Domiano & Smith Co., L.P.A., Jeffrey H. Friedman* and *Stephen S. Vanek,* for appellants.

*Meyers, Hentemann & Rea Co., L.P.A., Henry A. Hentemann* and *J. Michael Creagan,* for appellee.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent.